IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| In the Matter of the Search of Information Associated with Kik username inmemsam That Is Stored at Premises Controlled by MediaLab.ai, Inc. | Case No. 24-SW-072<br><br>Filed Under Seal |

ATTACHMENT C
AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A SEARCH WARRANT

I, DANNY SAMPLE, being duly sworn, hereby depose and state that the following is true to the best of my information, knowledge, and belief:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Homeland Security Investigations (HSI) Special Agent (SA) currently assigned to the HSI Memphis Cyber Group. I have been employed with the Homeland Security Investigations since 2018. I am a graduate of the Federal Law Enforcement Training Center in Glynco, Georgia. Before being assigned to HSI Memphis, I was previously assigned to the Internet Crimes against Children (ICAC) group at ASAC Calexico, California. During my tenure with HSI, I have participated in the investigation of cases involving drug offenses, human smuggling, human trafficking, intellectual property rights, firearms offenses and crimes against children. I have served numerous arrest warrants and participated in the service of search warrants. As part of my duties with the ICAC task force, I investigated criminal violations relating to child exploitation and child pornography including violations pertaining to the illegal production, distribution, receipt, and possession of child pornography, in violation of Title 18, United States Code, Sections 2251, 2252, and 2252A, and state law. As part of my training, I have had the opportunity to plan, lead, and participate in investigations relating to the sexual exploitation of children. As part of my training and experience, I have reviewed images containing child pornography in a variety of formats (such as digital still images and video images) and media (such as digital storage devices, the Internet, and printed images).

2. This affidavit is submitted in support of an application for a search warrant for information associated with certain accounts that are stored at a premises controlled by **MediaLab.ai** (hereafter, **Kik**), headquartered at 1222 6th Street, Santa Monica, California 90401. The information to be searched is described in the following paragraphs and in Attachment A. This affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2422(b), 2251(a), and 1470 to require **Kik** to disclose to the government copies of the information (including the content of communications) in its possession, pertaining to the individuals associated with the Kik username **inmemsam** (hereinafter the "**Subject Account**").

3. Because this affidavit is being submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me concerning this investigation. I have set forth facts that I believe are necessary to establish probable cause to believe that evidence, fruits, and instrumentalities of violations of Title 18, United States Code, 2251(a), and 1470 are presently located at the Subject Account.

4. The information contained within the affidavit is based on my training and experience, as well as information imparted to me by other law enforcement officers involved in this investigation.

5. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of 18 U.S.C. § 2251(a), attempted sexual exploitation of children; and 18 U.S.C. § 1470, attempted transfer of obscene material to minors, have been committed by the individual associated with the **SUBJECT ACCOUNT**. There is also probable cause to search the information described in Attachment A for evidence of these crimes and contraband or fruits of these crimes as described in Attachment B.

## PROBABLE CAUSE

6. On July 26, 2023, HSI Special Agent Danny Brooks Sample received information from HSI Buffalo, NY, regarding an adult male, Charles Andrew RAMBO, conducting online chats with what he believed to be a 13-year-old girl. An undercover HSI Buffalo agent conducted the chats with RAMBO on the Snapchat app.

7. On July 20, 2023 the HSI undercover agent (AGENT) engaged in a conversation with user "Sam Memphis" on the Snapchat internet social media platform. "Sam Memphis" was initially contacted by the AGENT via the "quick add" feature in the Snapchat application. The quick add feature suggests friends to a Snapchat user that the application believes they may want to interact with. There is no obligation for the "added" user to reciprocate the initial contact or engage in any type of chat conversation.

8. A few minutes after adding "Sam Memphis" with the quick add feature, "Sam Memphis" sent a message to AGENT. This was the beginning of a multi-day conversation between "Sam Memphis" and AGENT, during which "Sam Memphis," apparently believing that AGENT was a 13-year-old female from Buffalo, New York, engaged in sexually oriented conversation during which he requested nude pictures and videos of AGENT, and expressed a desire to travel to Buffalo, New York to meet with AGENT and engage in sexual activity. "Sam Memphis" also sent AGENT an image of an erect penis, which he stated was an image of himself, and directed AGENT in how to masturbate "her" genitalia.

9. "Sam Memphis," whose Snapchat username *imsam901*, has been identified as Charles Andrew RAMBO of Memphis, Tennessee. RAMBO currently holds a position of public trust in that he is an associate pastor at the Emmanuel United Methodist Church, located at 2404 Kirby Road in Memphis.

10. The conversation on the Snapchat social media app between RAMBO and the AGENT began on July 20, 2023. On that day, RAMBO asked how old the AGENT was. RAMBO told the

AGENT he is 49 years old and the AGENT replied that "she" was 13 years old. RAMBO asked the AGENT if he could see a picture of her and the AGENT send RAMBO a photo from his UC profile camera roll. RAMBO told the AGENT she was pretty and sendt a photo of his face. RAMBO then told the AGENT that he had never talked to a 13-year-old before and hoped she does not think he is some "creepy old guy".

11. During this initial Snapchat conversation, RAMBO sent several voice messages in response to text messages sent by the AGENT. The AGENT said in the chat that "she" was in summer school remedial math class. RAMBO expressed his initial desire to travel to meet the AGENT and asked if the AGENT had a boyfriend. RAMBO then said it might be difficult for him to travel to Buffalo because he was not sure what he would tell his wife.

12. At approximately 1:53 p.m. CST on July 20, RAMBO sent a Snap (a contemporaneous picture) within the chat thread that appears to be a view out of the front windshield of his car, as he was driving. In the picture a street sign can be seen in the background that says, **"Walnut Grove Road."** Walnut Grove Road is a road in Memphis. This road is near RAMBO's residence, as well as his place of work. RAMBO also acknowledged that he would get "in trouble" if someone found out he was talking to a 13-year-old.

13. On July 21, 2023, RAMBO introduced the subject of nudity, and the possibility of sharing nude images with and of the AGENT. RAMBO said he was not asking for nude photos of AGENT but "would obviously love seeing you (the AGENT) naked". RAMBO reiterated that he hoped "she" did not think he was "weird" for talking to a girl her age. Later that same day, RAMBO chatted about having physical contact with the AGENT, saying if they were to ever meet, he would hope they would at least kiss and said that the AGENT should just move to Memphis so it would be easier to see each other. RAMBO also asked the AGENT if it was okay if he saved things within their chat. RAMBO then asked the AGENT if "she" had ever had sex and then said that he would never pressure "her" but hoped that she would let him "do everything" with her.

14. During a chat on July 23, 2023, RAMBO tells the AGENT what photos he wanted to see of her. RAMBO said that the AGENT could just send a photo of "herself" in a bra and panties. On the same day, RAMBO asked the AGENT if "she" thought they would ever meet if they lived closer. RAMBO then said it was "weird" to think about their ages but that it didn't seem to matter. RAMBO asked the AGENT if he could kiss anywhere and said he would want to kiss "her" on "her" nipples and then said he wanted to perform oral sex on her. RAMBO asked the AGENT if "she" would let him tell "her" how to masturbate while on a video or voice call while "she" was in the shower. RAMBO also told the AGENT that "she" made him aroused earlier in their conversation.

15. On July 25, 2023, RAMBO again asked to conduct a video chat with the AGENT and to instruct "her" how to masturbate. Also that day RAMBO sent a snap image of what appeared to be him laying on a couch. It is a picture of his bare feet and legs. When the AGENT told RAMBO that "she" was in bed, RAMBO said he wanted to be in bed with "her" so he could cuddle and kiss "her". RAMBO said he wanted to "see everything" and said he wanted to see "her" breasts and her vagina. RAMBO then requested to see a nude photo of "her" full body.

RAMBO said he wanted photos of "her" nude because he wanted to visualize her nude body when he imagined himself kissing her body and performing oral sex. RAMBO again directed her on how she should masturbate while they were chatting. After the AGENT said "she" was finished RAMBO asked "her" if he could see "her" naked for helping "her" masturbate.

16. On August 9th, 2023, the AGENT continued the previously established conversation with RAMBO on Snapchat. RAMBO sent a photo of his lap with a caption over the photo stating, "Come sit in my lap at my desk". RAMBO then sent a picture of an erect penis being held by a left hand while the person is lying on his back.

17. During the chat conversation on July 20, RAMBO sent the AGENT a picture of his face. Open source research of the sent image was conducted and a partial result indicated that a similar image resided on a web page beginning with "www.emman…". A google search of "Memphis + www.emman…" presented a result for the webpage of the "Emmanuel United Methodist Church, Memphis, TN" (https://www.emmanuelmemphis.org). A review of the church website resulted in the observation of a staff profile for Andy RAMBO. The profile picture shown for Andy RAMBO appears to be the same person in the picture "Sam Memphis" sent in the Snapchat conversation (https://www.emmanuelmemphis.org/welcome/staff/). RAMBO sent multiple other photos showing his face, all matching the photo on the church website. During the Snapchat conversations, RAMBO sent several voice messages to the AGENT. These voice recordings were compared to the online church service recordings on the Emmanuel United Methodist Church website (https://www.emmanuelmemphis.org/worshiplive/). RAMBO can be observed in the video presiding over the July 23, 2023 church service. Both the voice in voice messages sent through Snapchat and RAMBO's voice during the church service appeared to sound the same.

18. On August 16, 2023, HSI agents and investigators with the Memphis Police Department's Internet Crimes Against Children (ICAC) executed a federal search warrant at RAMBO's residence. During the search, agents seized multiple electronic devices including an Apple iPhone belonging to RAMBO. Agents analyzed the forensic download of RAMBO's cell phone and observed the cell phone had multiple social media applications installed on it, with one app being Kik. The Kik app on the phone had the subject account associated with it.

19. A summons for records submitted to Kik returned the following user account information associated with the subject account.
    First name: Sam
    Last name: Mem
    Email: inmemsm@grnail.com (unconfirmed)

20. According to the summons return, Kik provided the date of initial login associated with the subject account as June 25, 2021, and the last login date of August 15, 2023. The last login date is the day prior to the execution of the search warrant at RAMBO's residence.

21. According to the Law Enforcement Guide published by MediaLab.AI Inc. (the company that operates Kik), Kik is a smartphone messenger application that lets users connect with their friends and the world around them through chat. Users can send text, pictures, videos and more

– all within the app. Kik is available for download through the iOS App Store and the Google Play store on most iOS (iPhone/iPod/and iPad) and Android (including Kindle Fire) devices. Users may also be using Kik on their Windows, Symbian-based or BlackBerry OS. Kik is free to download and uses an existing Wi-Fi connection or data plan to send and receive messages.

22. According to the Law Enforcement Guide, Kik usernames are unique; can never be replicated; and can never be changed. The Law Enforcement Guide further explains that a Kik username is the only publicly available identifier Kik is able to use to identify a Kik account.

23. Through training and experience, I know that individuals involved in the sexual exploitation of children have used Kik to communicate with likeminded individuals in order to engage in the sexual exploitation of children. Although, it is possible to use a desktop or laptop computer to use Kik, most individuals access Kik through a smartphone or tablet.

24. Social networking providers like Kik typically retain additional information about their user's accounts, such as information about the length of service (including start date), the types of service utilized, and the means and source of any payments associated with the service (including any credit card or bank account number).

25. The computers or servers of Kik are likely to contain all the material just described, including stored electronic communications and information concerning subscribers and their use of Kik, such as account access information, transaction information, and account activation.

## INFORMATION TO BE SEARCHED AND THINGS TO BE SEIZED

26. I anticipate executing this warrant under the Electronic Communications Privacy Act, in particular 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A), by using the warrant to require Kik, to disclose to the government copies of the records and other information (including the content of communications) particularly described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B.

## CONCLUSION

27. Based on the foregoing, I request that the Court issue the proposed search warrant.

28. Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant. The government will execute this warrant by serving it on Kik. Because the warrant will be served on Kik, who will then compile the requested records at a time convenient to it, reasonable cause exists to permit the execution of the requested warrant at any time in the day or night.

29. This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711. 18 U.S.C. §§ 2703(a), (b)(1)(A), &

(c)(1)(A). Specifically, the Court is "a district court of the United States . . . that has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).

30. Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant.

Respectfully Submitted,

Danny Sample, HSI Special Agent

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 41 by telephone, this 5th day of March, 2024.

s/Charmiane G. Claxton

Hon. Charmiane G. Claxton
UNITED STATES MAGISTRATE JUDGE